371 A.2d 521
Rambo v. Rambo, Appellant.

Argued September 21, 1976. Arthur L. Jenkins, Jr., with him Smith, Aker, Grossman, Hollinger & Jenkins, for appellant; Maureen T. Rambo, in propria persona, submitted a brief for appellee.

Decree affirmed.

371 A.2d 522
Rigg et ux. v. Land America Builders,
LTD., Appellant.

Argued September 22, 1976. Lawrence F. Flick, with him Menin, Flick, Josel & Barrish, for appellant; Frank L. Caiola, with him Caiola & Caiola, for appellees.

Order affirmed.